# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

FRACTAL ANALYTICS, INC.

*Plaintiff*

v.

DANIELLE SLOAN

*Defendant*

Civil Action No. 6:24-CV-2232-JSS-DCI

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> DANIELLE SLOAN
> 710 W Trade St Unit 318,
> Charlotte, NC 28202-1355

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> Joshua F. P. Long
> Woods Rogers Vandeventer Black PLC
> 10 S. Jefferson Street, Suite 1800
> Roanoke, Virginia 24011
> Phone: (540) 983-7725
> Josh.long@woodsrogers.com

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

*[Signature]*

Katherine Hord Simon, Clerk
United States District Court

Date: 06/30/2025

**Civil Action No.**  6:24-CV-2232-JSS-DCI

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

    **This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____      _____
                                                                                                                 **Server's signature**

                                                                 _____
                                                                                 **Printed name and title**

                                                                 _____
                                                                                   **Server's address**

**Additional information regarding attempted service, etc:**